# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-49041 ERW | | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|---|
| Case Name: | RICKS, DELILAH | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****68-65 - Money Market Account |
| Taxpayer ID #: | 13-7605631 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/11/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/20/08 | {6} | First American Trust | Per order of compromise in adversary 07-970 | 1249-000 | 7,500.00 | | 7,500.00 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.18 | | 7,500.18 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.95 | | 7,501.13 |
| | | | ACCOUNT TOTALS | | 7,501.13 | 0.00 | $7,501.13 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 7,501.13 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $7,501.13 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****68-65 | 7,501.13 | 0.00 | 7,501.13 |
| | $7,501.13 | $0.00 | $7,501.13 |



{} Asset reference(s)

Printed: 08/11/2008 10:22 AM    V 10.54