**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| RICKS, DELILAH | ) | |
| | ) | CASE NO. 05 B 49041 |
| | ) | |
| | ) | JUDGE EUGENE R. WEDOFF |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
           219 South Dearborn, Courtroom 744
           Chicago, Illinois 60604

    on:  **September 30, 2008**
    at:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                    $      7,501.13

    b. Disbursements                          $          0.00

    c. Net Cash Available for Distribution $   7,501.13

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 1,500.11 | $ |
| Trustee | $ 0.00 | $ | $ 131.74 |
| US Bankruptcy Court | $ 0.00 | $ | $ 500.00 |
| Trustee's Firm Legal | $ 0.00 | $ 3,000.00 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 188.86 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $6,828.41, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $31.93%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | $ 3,934.69 | $ 1,256.41 |
| 2 | Nelnet | $ 2,893.72 | $ 924.01 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal

Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **September 5, 2008**

For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 1               Date Rcvd: Sep 05, 2008
Case: 05-49041                 Form ID: pdf002             Total Served: 21

The following entities were served by first class mail on Sep 07, 2008.
db              Delilah Ricks,    627 South 17th Avenue,    Maywood, IL 60153
aty            +Diane Brazen Gordon,    Law Office of Diane Brazen Gordon,    318 Half Day Road Suite 170,
                 Buffalo Grove, IL 60089-6547
aty            +Robert J Semrad,    Robert J Semrad & Associates L LC,    407 S Dearborn St Ste 600,
                 Chicago, IL 60605-1115
tr             +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
10101462       +Account Solutions Group, LLC,    P.O. box 628,    Buffalo, NY 14240-0628
10101463        Archie & Acharya,    610 South Maple,    Suite 3600,    Oak Park, IL 60304-2805
10101464       +Baker, Miller, Markoff, & Kransny,    29 North Wacker Drive, 5th Floor,    Chicago, IL 60606-2854
10101465       +Bank Of America,    P.O. Box 29981,    Phoenix, AZ 85038-0981
10101466        Blue Cross/Blue Shield,    300 East Randolph,    Chicago, IL 60601-5099
10101467       +Capital One,    P.O. Box 85015,    Richmond, VA 23285-5015
10101468       +Dependon Collection,    7627 W. Lake St,    River Forest, IL 60305-1878
10101470       +GC Services,    6330 Gulfton,    Houston, TX 77081-1198
10101471       +Merchants Credit,    223 W. Jackson,    Suite 900,    Chicago, IL 60606-6993
10101472        Nelnet,    3015 South Parker Road Suite 400,    Aurora, CO 80014-2904
10101473        Quest Diagnostics,    P.O. box 64804,    Baltimore, MD 21264-4804
10101474       +Rcvl Per MNG,    P.O. Box 768,    Bothell, WA 98041-0768
10101475       +Sprint,    P.O. Box 219554,    Kansas City, MO 64121-9554
10101476        West Asset Management,    P.O. Box 2348,    Sherman, TX 75091-2348
10101477       +West Suburban Health Care,    3 Erie Court,    Oak Park, IL 60302-2599

The following entities were served by electronic transmission on Sep 06, 2008.
10101469       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 06 2008 03:46:08     Discover Bank,
                 P.O. Box 30395,    Salt Lake City, UT 84130-0395
10635663       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 06 2008 03:46:08
                 Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 07, 2008**              **Signature:** *Joseph Speetjens*