# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 05-49041 ERW | | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|---|
| **Case Name:** | RICKS, DELILAH | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****68-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7605631 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 12/19/08 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/20/08 | {6} | First American Trust | Per order of compromise in adversary 07-970 | 1249-000 | 7,500.00 | | 7,500.00 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.18 | | 7,500.18 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.95 | | 7,501.13 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.89 | | 7,502.02 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.98 | | 7,503.00 |
| 10/01/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.00 | | 7,503.00 |
| 10/01/08 | | To Account #********6866 | In preparation of Distribution Report | 9999-000 | | 7,503.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **7,503.00** | **7,503.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 7,503.00 | |
| | | | **Subtotal** | | **7,503.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,503.00** | **$0.00** | |

EXHIBIT B

{} Asset reference(s)  Printed: 12/19/2008 03:21 PM    V.10.54

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 05-49041 ERW  
**Case Name:** RICKS, DELILAH  

**Taxpayer ID #:** 13-7605631  
**Period Ending:** 12/19/08  

**Trustee:** DAVID P. LEIBOWITZ (330570)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****68-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/01/08 | | From Account #********6865 | In preparation of Distribution Report | 9999-000 | 7,503.00 | | 7,503.00 |
| 10/01/08 | 101 | Clerk of Court | Dividend paid 100.00% on $500.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference:<br>Voided on 10/06/08 | 2700-003 | | 500.00 | 7,003.00 |
| 10/01/08 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $131.74, Trustee Expenses;  Reference: | 2200-000 | | 131.74 | 6,871.26 |
| 10/01/08 | 103 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $1,500.11, Trustee Compensation;  Reference: | 2100-000 | | 1,500.11 | 5,371.15 |
| 10/01/08 | 104 | Leibowitz Law Center | Dividend paid 100.00% on $3,000.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,000.00 | 2,371.15 |
| 10/01/08 | 105 | LEIBOWITZ LAW CENTER | Dividend paid 100.00% on $188.86, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 188.86 | 2,182.29 |
| 10/01/08 | 106 | Discover Bank/Discover Financial Services | Dividend paid  31.95% on $3,934.69; Claim# 1; Filed: $3,934.69; Reference: | 7100-000 | | 1,257.49 | 924.80 |
| 10/01/08 | 107 | Nelnet | Dividend paid  31.95% on $2,893.72; Claim# 2; Filed: $2,893.72; Reference: | 7100-000 | | 924.80 | 0.00 |
| 10/06/08 | 101 | Clerk of Court | Dividend paid 100.00% on $500.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference:<br>Voided: check issued on 10/01/08 | 2700-003 | | -500.00 | 500.00 |
| 10/06/08 | 108 | United States Bankruptcy Court Northern Division | | 2700-000 | | 500.00 | 0.00 |

Subtotals :    **$7,503.00**    **$7,503.00**

{} Asset reference(s)

Printed: 12/19/2008 03:21 PM     V.10.54

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-49041 ERW | **Trustee:** DAVID P. LEIBOWITZ (330570) |
| **Case Name:** RICKS, DELILAH | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****68-66 - Checking Account |
| **Taxpayer ID #:** 13-7605631 | **Blanket Bond:** $5,000,000.00   (per case limit) |
| **Period Ending:** 12/19/08 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 7,503.00 | 7,503.00 | $0.00 |
| | | | Less: Bank Transfers | | 7,503.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 7,503.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$7,503.00** | |

```
Net Receipts :          7,503.00
                    ─────────────
Net Estate :           $7,503.00
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****68-65** | 7,503.00 | 0.00 | 0.00 |
| **Checking # ***-*****68-66** | 0.00 | 7,503.00 | 0.00 |
| | **$7,503.00** | **$7,503.00** | **$0.00** |

{} Asset reference(s)                                                                                           Printed: 12/19/2008 03:21 PM    V.10.54